ARTHUR SA, Jr., PETITIONER-PETITIONER, v. H. L. HAR-
RISON & SON, INC., RESPONDENT-RESPONDENT.

Mr. *Edward G. Gerardo* for the petitioner.

Mr. *James J. Carroll* and Mr. *Frank Fink* for the
respondent.

January 15, 1962.   Granted.

GLORIA ANDERSON, PETITIONER-PETITIONER, v.
CHATHAM ELECTRONICS, RESPONDENT-RESPONDENT.

See same case below:   70 *N. J. Super.* 202.

*Messrs. Schreiber, Lancaster & Demos* for the petitioner.

Mr. *Stanley U. Phares* and Mr. *Isidor Kalisch* for the
respondent.

January 29, 1962.   Denied.